# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5.00 For Deposit To Registry Fund

Debtor:  Delray S. Flom & Jodi M. Flom

Chapter 7 Case No.  08-60645

Please Check One:

☐ 1  Unclaimed Dividends

x 2  Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Meritcare Medical Group<br>PO Box 2168<br>Fargo, ND  58107-2168 | 2 | $945.80 | $2.97 |
| PYOD LLC<br>PO Box 10587<br>Greenville, SC  29603-0587 | 3 | $851.98 | $2.68 |
| Capital One Bank (USA), N.A.<br>c/o TSYS Debt Management<br>PO Box 5155<br>Norcross, GA  30091 | 5 | $1,410.98 | $4.43 |

Date: January 6, 2011

/e/ Gene W. Doeling
Trustee Gene W. Doeling
P.O. Box 423
Fargo, ND 58107
701.232.8757